```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN FEDERATION OF           :    CIVIL ACTION
GOVERNMENT EMPLOYEES COUNCIL     :
OF PRISON LOCALS 33, et al.      :
                                 :
     V.                          :
                                 :
KIRAN AHUJA, et al.              :    NO. 21-5172
```

ORDER

AND NOW this 23rd day of February, 2022, it is hereby ORDERED that the motion of plaintiffs for preliminary injunction (Doc. # 3) and the motion of the Government to dismiss plaintiffs' complaint (Doc. # 7) are DENIED as moot on the ground that plaintiffs have now filed an amended complaint (Doc. # 11) together with a second motion for preliminary injunction (Doc. # 12).

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                         J.