IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES COUNCIL OF PRISON LOCALS 33, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| JOSEPH R. BIDEN, et al. | : | NO. 21-5172 |

ORDER

AND NOW, this 12th day of April, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss this action for lack of subject matter jurisdiction is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.